UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONILLA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN,<br><br>　　　　　Defendant. | Case Nos.<br>23-cv-00324-JSW<br>23-cv-00355-JSW<br><br>**ORDER OF DISMISSAL** |

　　The above-captioned cases were opened when Petitioner, a California prisoner on death row, filed a document "showing actual innocence" and a "request for expedited review" of his conviction, both of which were construed as petitions for habeas corpus relief. Petitioner has a pending petition for a writ of habeas corpus in which he challenges his state court judgment he challenges in the petitions filed herein. *See Bonilla v. Ayers*, No. C 08-0471 YGR. He is represented by counsel in that case, and he must bring all of his claims, motions, and other requests, including the instant request, through counsel in that case. There is no need for Petitioner to have more than one habeas case challenging the same state court judgment. Accordingly, the above-captioned petition is DISMISSED. The clerk shall enter judgments and close the files.

　　**IT IS SO ORDERED.**

Dated: January 30, 2023

_____
JEFFREY S. WHITE
United States District Judge